Mark E. Goldsmith - State Bar No. 127701
meg@kirtlandpackard.com
Joshua A. Fields - State Bar No. 242938
jf@kirtlandpackard.com
KIRTLAND & PACKARD, LLP
2041 Rosecrans Avenue, 3rd Floor
El Segundo, CA 90245
Tel: (310) 536-1000 ▪ Fax: (310) 536-1001

*Counsel for Defendant, Turner's Outdoorsman Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PHILIP LAWRENCE,<br>Plaintiff,<br>v.<br>TURNER'S OUTDOORSMAN CORP.<br>Defendant. | Case No. ED CV 08-01073-VAP (OPx)<br>[Hon. Virginia A. Phillips]<br>**NOTICE OF SETTLEMENT**<br>Action Filed: August 8, 2008 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE THAT the parties to this action, plaintiff Philip Lawrence and defendant Turner's Outdoorsman Corp., have reached a complete settlement of all of the claims in this case, and are in the process of preparing a stipulation of dismissal to file with the Court.

Dated: July 20, 2012

KIRTLAND & PACKARD, LLP

By: /s/ Joshua A. Fields

Joshua Fields
*Counsel for Defendant,*
*Turner's Outdoorsman Corp.*



LAW OFFICES
KIRTLAND & PACKARD LLP